UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN CRANTON,<br>on behalf of the State of California,<br>as a private attorney general,<br><br>                         Plaintiff,<br><br>v.<br><br>GROSSMONT HOSPITAL CORPORATION, a California Corporation; and DOES 1 through 50, inclusive,<br><br>                        Defendants. | Case No.: 22-CV-1315 JLS (MDD)<br><br>**ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION ON THE PAPERS WITHOUT ORAL ARGUMENT PURSUANT TO CIVIL LOCAL RULE 7.1(d)(1)**<br><br>(ECF No. 11) |

    Presently before the Court is Plaintiff Jacquelyn Cranton's Motion to Remand Case to State Court ("Mot.," ECF No. 11). The Court **VACATES** the hearing on the Motion presently scheduled for November 3, 2022, and **TAKES UNDER SUBMISSION** the Motion for decision on the papers without oral argument in accordance with Civil Local Rule 7.1(d)(1).

    **IT IS SO ORDERED.**

Dated: October 27, 2022

                                                                 *Janis L. Sammartino*
                                                                  Hon. Janis L. Sammartino
                                                                  United States District Judge