UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN CRANTON,<br>on behalf of the State of California,<br>as a private attorney general,<br><br>                                          Plaintiff,<br><br>v.<br><br>GROSSMONT HOSPITAL<br>CORPORATION, a California<br>Corporation; and DOES 1 through 50,<br>inclusive,<br><br>                                          Defendants. | Case No.: 22-CV-1315 JLS (MDD)<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE, (2) GRANTING PLAINTIFF'S MOTION TO REMAND, AND (3) REMANDING CASE**<br><br>(ECF Nos. 11 & 16) |

Presently before the Court is Plaintiff Jacquelyn Cranton's Motion to Remand Case to State Court ("Mot.," ECF No. 11), to which Defendant Grossmont Hospital Corporation ("Defendant" or "Grossmont") filed an Opposition ("Opp'n," ECF No. 13). On November 1, 2022, the Court granted Plaintiff's motion to remand, raising substantially the same arguments as the instant Motion, in a putative class action between the same Parties and predicated on the same rights. *See* 22-CV-1315 at ECF No. 20. Accordingly, that same day, the Court ordered Defendant to show cause why this matter should not also be remanded in light of the order granting the motion to remand in the other, "low-numbered" case. *See generally* ECF No. 16 ("OSC"). In response to the OSC, Defendant filed a

Notice of Withdrawal of Its Opposition to Plaintiff's Remand Motion and Notice of Non-Opposition to the Court's Order (ECF No. 17).

Accordingly, good cause appearing, the Court **DISCHARGES** the OSC (ECF No. 16), **GRANTS** Plaintiff's Motion (ECF No. 11), and **REMANDS** this action to the Superior Court for the State of California, County of San Diego. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 3, 2022

Hon. Janis L. Sammartino
United States District Judge